# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARL GADBERRY**                                                                                          **PLAINTIFF**

**v.**                            **Case No. 4:21-CV-00427-LPR-ERE**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the RD and the record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 8th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] With respect to the harmless error analysis in Section III(B)(2) of the RD, the Court understands Judge Ervin to be saying that there is no credible evidence in the record to suggest that Mr. Gadberry's depression significantly limits his ability to perform basic work activities.